IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND OUBICHON,

    Petitioner,               No. CIV S-07-0838 GEB GGH P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, et al.,

    Respondents.        ORDER
_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Accordingly, on May 23, 2007, the court granted petitioner thirty days to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        Thirty days passed and petitioner did not respond to the May 23, 2007, order. However, petitioner filed an amended petition on June 15, 2007, and a second amended petition on June 26, 2007. Because it is clear that petitioner intends to proceed with this action, he will be granted another opportunity to either file an application to proceed in forma pauperis or pay

1

the filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

        2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: 7/11/07                                                       /s/ Gregory G. Hollows

                                                                         GREGORY G. HOLLOWS  
                                                                         UNITED STATES MAGISTRATE JUDGE

oub838.ord