IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND OUBICHON,** | CIV S-07-0838 GEB GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,** | |
| Respondents. | |

   Good cause appearing, the time for the filing of Respondent's response is extended to and including October 22, 2007.

Dated: 9/7/07

/s/ Gregory G. Hollows
U.S. Mag. Judge

oub838.eot

[Proposed] Order

1