IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND OUBICHON,** | CIV S-07-0838 GEB GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,** | |
| Respondents. | |

    Good cause appearing, the time for filing Respondent's answer is extended to and including November 21, 2007.

Dated: 11/5/07

/s/ Gregory G. Hollows
U.S. Magistrate Judge

oub838.eot(2)

[Proposed] Order

1