IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND OUBICHON,

        Plaintiff,                  No. CIV S-07-0838 GEB GGH P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, et al.,

        Defendants.             ORDER

_____/

        On November 6, 2007, plaintiff filed a motion requesting that respondent be granted no further extensions of time to file response to his petition. Respondent has been granted two extensions of time.

        The court will look unfavorably on any further requests for extensions of time filed by respondents. However, the court is unwilling to order at this time that no further requests will be granted if respondent shows substantial cause.

/////

/////

/////

/////

1

1 | Accordingly, IT IS HEREBY ORDERED that petitioner's November 6, 2007, motion requesting that respondent be granted no further extensions of time be denied without prejudice.

DATED: 11/15/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

oub838.eot