IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND L. OUBICHON,

    Petitioner,               No. CIV S-07-838 GEB CHS P

    vs.

CALIFORNIA DEPT. OF CORRECTIONS
AND REHABILITATION, et al.,

    Respondents.          ORDER

                              /

        Petitioner has requested a 30 day extension of time to file objections to the Magistrate Judge's Findings and Recommendations entered December 1, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's December 12, 2008 request for an extension of time is granted; and

    2. Petitioner has 30 days from the date of this order in which to file his objections to the Magistrate Judge's Findings and Recommendations.

DATED: December 18, 2008.

                                      CHARLENE H. SORRENTINO
                                      UNITED STATES MAGISTRATE JUDGE