IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND L. OUBICHON,

    Petitioner,                    2:07-cv-838-GEB-CHS-P

    vs.

CALIFORNIA DEPT. OF CORRECTIONS
AND REHABILITATION, et al.,

    Respondent.                    ORDER

/

        Petitioner, a state prisoner proceeding pro se, has filed a timely notice of appeal of this court's January 21, 2009 order denying his application for writ of habeas corpus.  Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement.  28 U.S.C. § 2253(c)(3).

///

A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" *Jennings v. Woodford*, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a substantial showing in his petition that (1) the trial court erred when it modified petitioner's conviction to attempted criminal threat without resubmitting the matter to a jury; (2) the trial court gave a jury instruction which undermined the reasonable doubt burden of proof; (3) the readback of testimony to jurors outside the presence of and without notice to petitioner or his attorney violated the Sixth Amendment; (4) there was insufficient evidence to support petitioner's conviction and insufficient evidence of a prior conviction used as an enhancement; (5) the sentence imposed constitutes cruel and unusual punishment; (6) both trial and appellate counsel rendered ineffective assistance of counsel; and (7) the trial court erred when it denied petitioner's motion to strike a "strike."

Accordingly, Petitioner is granted a certificate of appealability on the above stated issues.

Dated: February 17, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. *Jennings*, at 1010.

2