IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND L. OUBICHON,

      Petitioner,                      No. CIV S-07-838 GEB CHS P

    vs.

CALIFORNIA DEPT. OF CORRECTIONS
AND REHABILITATION, et al.,

      Respondents.                ORDER
_____/

        Petitioner is a state prisoner currently proceeding before the United States Court of Appeals for the Ninth Circuit with an appeal of this court's January 21, 2009 order denying his petition for writ of habeas corpus. In a motion filed on July 6, 2009, petitioner asks this court to appoint counsel to represent him on appeal. Petitioner states that the Ninth Circuit had ordered that counsel be appointed for his appeal.

        The docket for this case reflects that attorney Kathleen C. Page entered her appearance as counsel for petitioner on June 15, 2009. Counsel is admitted to practice before the United States Court of Appeals for the Ninth Circuit. Accordingly, petitioner's motion for appointment of counsel will be denied as unnecessary, without prejudice to its renewal in the Court of Appeals for the Ninth Circuit.

Dated: July 22, 2009

CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE